Seth W. Wiener (SBN 203747)
seth@sethwienerlaw.com
LAW OFFICES OF SETH WIENER
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: (925) 487-5607

Jeffrey Francis Craft (SBN 147186)
jcraft@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1731 Fox Springs Circle,
Newbury Park, CA 91320

Timothy Devlin (*pro hac vice* to be filed)
tdevlin@devlinlawfirm.com
Robert Kiddie (*pro hac vice* to be filed)
rkiddie@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

Attorneys for Express Mobile, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PERFICIENT, INC. <br><br> Defendant. | Case No. 8:19-cv-01175 GW(Ex) <br><br> **UNOPPOSED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT** |

Plaintiff Express Mobile, Inc. ("Express Mobile") hereby submits this Unopposed Motion to Stay All Deadlines and Notice of Settlement as to the Defendant Perficient, Inc. ("Perficient") and respectfully shows the Court as follows:

1. Express Mobile and Perficient have reached a settlement in principle resolving all matters in controversy between the parties in the above-referenced action and are in the process of drafting and finalizing the settlement papers.

2. Accordingly, Express Mobile and Perficient submit that the parties' and Court's resources would best be served by a stay of all unreached deadlines for a period of forty-five (45) days so that the announced settlement in principle may be completed and appropriate dismissal papers thereafter filed with the Court.

WHEREAS, Plaintiff requests the Court grants this Unopposed Motion to Stay All Deadlines and Notice of Settlement and enter an Order granting a temporary stay of all deadlines for a period of forty-five (45) days.

Dated: February 10, 2020

By: */s/ Jeffrey Francis Craft*
Jeffrey Francis Craft (SBN 147186)
jcraft@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1731 Fox Springs Circle,
Newbury Park, CA 91320

*Attorneys for Plaintiff Express Mobile, Inc.*

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.

Executed on February 10, 2020

                               */s/ Jeffrey Francis Craft*
                               Jeffrey Francis Craft

                               *Attorneys for Plaintiff Express Mobile, Inc.*